UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22420-CIV-SEITZ/O'SULLIVAN

DOUGLAS HIMMEL, et al,

      Plaintiffs,

v.

CARIBBEAN GROUP OWNER, LLC,

      Defendant.

_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' Motion for Sanctions

(DE # 47, 6/16/09).  Having held a hearing in this matter, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion for Sanctions (DE # 47,

6/16/09) is GRANTED in part and DENIED in part in accordance with this Order.  Rule

16(f) of the Federal Rules of Civil Procedure provides as follows,

> **(f) Sanctions.**
>
> 1. **(1)** *In General.* On motion or on its own, the court may issue any just orders, including those authorized by **Rule 37(b)(2)(A)(ii)**-(vii), if a party or its attorney:
>
> **(A)** fails to appear at a scheduling or other pretrial conference;
>
> **(B)** is substantially unprepared to participate--or does not participate in good faith--in the conference; or
>
> **(C)** fails to obey a scheduling or other pretrial order.
>
> **(2)** *Imposing Fees and Costs.* Instead of or in addition to

> any other sanction, the court must order the party, its attorney, or both to pay the reasonable expenses--including attorney's fees--incurred because of any noncompliance with this rule, unless the noncompliance was substantially justified or other circumstances make an award of expenses unjust.

Fed. R. Civ. P. 16(f).

The undersigned finds that the defendant failed to demonstrate that the defendant's absence at the initial mediation in this matter was substantially justified. The undersigned finds that an award of attorneys for 1.30 hours at mediation and 1.00 hour for the hearing held on August 27, 2009, for a total attorney fee award of $700.00, is appropriate. In addition, an award of the plaintiff's out of pocket expenses for airfare, taxis, and meals, in the amount of $900.00, is appropriate. Accordingly, it is further

ORDERED AND ADJUDGED that on or before September 10, 2009, the defendant shall pay the plaintiff a total of $1600.00 in sanctions.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **27th** day of August, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record

2